# UNITED STATES DISTRICT COURT
for the
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS**, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>**PEOPLE'S LEGAL GROUP, INC.**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-04564<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Gwen Myers, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Peoples Legal Group, Inc. in Sheridan County, WY on May 23, 2025 at 4:30 pm at 1309 Coffeen Avenue, 14718, Sheridan, WY 82801 by leaving the following documents with Derek Rives who as Authorized is authorized by appointment or by law to receive service of process for Peoples Legal Group, Inc..

Summons In A Civil Case, Class Action Complaint

Additional Description:
successful

White Male, est. age 36-45, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 9" to 6'.

Total Cost: $250.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
Signature
Gwen Myers
+1 (307) 634-7085

Subscribed and sworn to before me this 29th day of May , 2025 , by Gwen Myers .
Witness my hand and official seal.

_____
Notary Public

My commission expires:
June 16, 2025

TANNA HELLER-NIELSEN - NOTARY PUBLIC
COUNTY OF JOHNSON
STATE OF WYOMING
My Commission Expires June 16, 2025

Proof Job #988339

Page 2