IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jorge Rojas, on behalf of himself and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:25−cv−04564 |
| | | Judge Jorge L. Alonso |
| Plaintiff, | | |
| | | Magistrate Judge David Weisman |
| v. | | |
| People's Legal Group, Inc., | | |
| Defendant | | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Now comes Defendant People's Legal Group, by and through its undersigned counsel, and hereby responds to Plaintiff's Complaint as follows:

**INTRODUCTION**

1. Answering Paragraph 1 of the Complaint, Defendant admits only that the referenced Supreme Court opinion speaks for itself. Defendant denies any remaining allegations contained in Paragraph 1 of the Complaint.

2. Answering Paragraph 2 of the Complaint, Defendant denies all of Plaintiff's allegations.

**JURISDICTION AND VENUE**

3. Defendant admits the allegations contained in Paragraph 3 of the Complaint.

4. Defendant denies the allegations contained in Paragraph 4 of the Complaint.

5. Defendant denies for lack of knowledge the allegations contained in Paragraph 5 of the Complaint.

**PARTIES**

6. Defendant denies for lack of knowledge the allegations contained in Paragraph 6 of the Complaint.

7. Defendant denies the allegations contained in Paragraph 7 of the Complaint.

8. Defendant denies the allegations contained in Paragraph 8 of the Complaint.

**TCPA BACKGROUND**

9. Answering Paragraph 9 of the Complaint, Defendant admits only that the law speaks for itself. Defendant denies any remaining allegations contained in Paragraph 9 of the Complaint.

10. Answering Paragraph 10 of the Complaint, Defendant admits only that the law speaks for itself. Defendant denies any remaining allegations contained in Paragraph 10 of the Complaint.

11. Answering Paragraph 11 of the Complaint, Defendant admits only that the law speaks for itself. Defendant denies any remaining allegations contained in Paragraph 11 of the Complaint.

12. Answering Paragraph 12 of the Complaint, Defendant admits only that the law speaks for itself. Defendant denies any remaining allegations contained in Paragraph 12 of the Complaint.

13. Answering Paragraph 13 of the Complaint, Defendant admits only that the law speaks for itself. Defendant denies any remaining allegations contained in Paragraph 13 of the Complaint.

**FACTUAL ALLEGATIONS**

14. Defendant denies for lack of knowledge the allegations contained in Paragraph 14 of the Complaint.

15. Defendant denies for lack of knowledge the allegations contained in Paragraph 15 of the Complaint.

16. Defendant denies the allegations contained in Paragraph 16 of the Complaint.

17. Defendant denies the allegations contained in Paragraph 17 of the Complaint.

18. Defendant denies the allegations contained in Paragraph 18 of the Complaint.

19. Defendant denies the allegations contained in Paragraph 19 of the Complaint.

20. Defendant denies the allegations contained in Paragraph 20 of the Complaint.

21. Defendant denies for lack of knowledge the allegations contained in Paragraph 21 of the Complaint.

22. Defendant denies the allegations contained in Paragraph 22 of the Complaint.

23. Defendant denies the allegations contained in Paragraph 23 of the Complaint.

24. Defendant denies the allegations contained in Paragraph 24 of the Complaint.

25. Defendant denies the allegations contained in Paragraph 25 of the Complaint.

26. Defendant denies the allegations contained in Paragraph 26 of the Complaint.

27. Defendant denies the allegations contained in Paragraph 27 of the Complaint.

28. Defendant denies the allegations contained in Paragraph 28 of the Complaint.

29. Defendant denies the allegations contained in Paragraph 29 of the Complaint.

30. Defendant denies the allegations contained in Paragraph 30 of the Complaint.

31. Defendant denies the allegations contained in Paragraph 31 of the Complaint.

32. Defendant denies the allegations contained in Paragraph 32 of the Complaint.

33. Defendant denies the allegations contained in Paragraph 33 of the Complaint.

34. Defendant denies the allegations contained in Paragraph 34 of the Complaint.

35. Defendant denies the allegations contained in Paragraph 35 of the Complaint.

## FIRST CAUSE OF ACTION

36. Defendant repeats the above paragraphs as if fully rewritten herein.

37. Defendant denies the allegations contained in Paragraph 37 of the Complaint.

38. Defendant denies the allegations contained in Paragraph 38 of the Complaint.

39. Defendant denies the allegations contained in Paragraph 39 of the Complaint.

40. Defendant denies any and all allegations not specifically admitted herein.

## AFFIRMATIVE DEFENSES

1. Plaintiff's claims are barred by the equitable doctrines of waiver, estoppel, and laches.

2. Plaintiff fails to state a claim upon which relief may be granted pursuant to Federal Civil Rule 12(b)(6).

3. This Court lacks personal jurisdiction over Defendant.

4. Plaintiff's claims fail under the equitable doctrine of "unclean hands."

5. Plaintiff has failed to mitigate damages, if any.

6. Any damages incurred by Plaintiff, which Defendant specifically denies, were the result of the actions or inactions of third parties over whom Defendant has no control.

7. This Court is not the proper venue for this action.

8. Plaintiff's claims should be dismissed for failure to name an indispensable party.

9. Plaintiff's claims fail because this matter is not an Article III case or controversy.

10. Plaintiff's claims fail because Plaintiff has not alleged, and cannot show, any actual

damages including a concrete, particularized injury. Plaintiff therefore has no standing to bring this action.

11. Defendant reserves all affirmative defenses set forth in Rule 8(c) of the Federal Rules of Civil Procedure, as well as all other affirmative defenses that may be found applicable as discovery progresses.

12. Plaintiff's claims fail because of express and/or implied consent to receive the calls, the calls were not made using an automatic telephone dialing system, the Defendant has established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the do-not-call registry and any call was placed in error (safe harbor defense), individual issues predominate the class, there is a lack of ascertain-ability who is or is not a member of the proposed class, and a class action is not a superior method of adjudication.

**WHEREFORE**, Defendant respectfully requests that this Court dismiss all of Plaintiff's claims in their entirety, grant judgment in favor of Defendant, and order Plaintiff to pay all costs incurred by Defendant in defense of this matter, including reasonable attorney fees and all other relief to which this Court deems Defendant is entitled either at law or in equity.

Respectfully submitted,

**LUPER NEIDENTHAL & LOGAN**
A Legal Professional Association

*/s/ Matthew T. Anderson*
Matthew T. Anderson (OH 0082730)
1160 Dublin Road, Suite 400
Columbus, Ohio 43215
Telephone:	(614) 221-7663
Facsimile:	(866) 345-4948
Email: manderson@lnlattorneys.com
*Attorney for Defendant People's Legal Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Answer* was electronically filed through the Court's CM/ECF system this 13th day of June, 2025, which will provide electronic service to all counsel of record.

*/s/ Matthew T. Anderson*
Matthew T. Anderson (OH 0082730)