IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jorge Rojas, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 1:25−cv−04564 |
| | ) | Judge Jorge L. Alonso |
| Plaintiff, | ) ) | Magistrate Judge David Weisman |
| v. | ) ) | |
| People's Legal Group, Inc., | ) ) | |
| Defendant | ) ) | |

## DEFENDANT'S AGREED MOTION FOR A PROTECTIVE ORDER

Now comes Defendant People's Legal Group, by and through its undersigned counsel, and hereby moves this Court for a protective order, to the extent discovery produced in this matter contains confidential information.

Plaintiff agrees to the issuance of a protective order, and the parties have agreed and consent to the filing of the proposed Agreed Confidentiality Order attached hereto as Exhibit A. The proposed order mirrors the Court's Model Confidentiality Order.

Respectfully submitted,

**LUPER NEIDENTHAL & LOGAN**
A Legal Professional Association

*/s/ Matthew T. Anderson*
Matthew T. Anderson (OH 0082730)
1160 Dublin Road, Suite 400
Columbus, Ohio 43215
Telephone: (614) 221-7663
Facsimile: (866) 345-4948
Email: manderson@lnlattorneys.com
*Attorney for Defendant People's Legal Group, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *Motion* was electronically filed through the Court's CM/ECF system this 9th day of July, 2025, which will provide electronic service to all counsel of record.

                                              */s/ Matthew T. Anderson*
                                              Matthew T. Anderson (OH 0082730)