# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Rojas

                        Plaintiff,

v.                                                    Case No.: 1:25−cv−04564
                                                   Honorable Jorge L. Alonso

Peoples Legal Group, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Based on the parties' joint initial status report, the Court sets the following deadlines in accordance with Fed. R. Civ. P. 16(b)(3): initial disclosures shall be exchanged by 7/21/25; any amended pleadings shall be filed by 9/19/25; any motions to join other parties shall be filed by 9/19/25; expert reports shall be disclosed by 1/12/26; discovery shall be complete by 2/11/26; dispositive motions and motion for class certification shall be filed by 2/27/26. Any motion to join and/or motion to amend pleadings after the above date will need to meet the good cause requirements of Fed. R. Civ. P. 16. This case is referred to the Magistrate Judge for supervision of discovery, including Defendant's motion for protective order [8]. The Magistrate Judge has authority to extend any deadlines contained in this order and to set other discovery deadlines that may be needed. The status hearing set for 7/23/25 is stricken. The Court will monitor the docket and set further hearings as needed. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.