## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Rojas

                              Plaintiff,

v.                                                    Case No.: 1:25–cv–04564
                                                      Honorable Jorge L. Alonso

Peoples Legal Group, Inc.

                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: discovery supervision; settlement conference; Defendant's Agreed motion for protective order[8]. (lf, )Notice mailed by Judge's staff.

Dated: July 9, 2025

                                                      /s/ Jorge L. Alonso

                                                      United States District Judge