# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Rojas
                        Plaintiff,

v.                                             Case No.: 1:25−cv−04564
                                                 Honorable Jorge L. Alonso

Peoples Legal Group, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2025:

      MINUTE entry before the Honorable M. David Weisman: This case has been referred to Magistrate Judge Weisman for the purpose of holding proceedings related to: discovery supervision, settlement conference and Defendant's Agreed motion for protective a order [8]. The Court grants defendant's agreed motion for protective a order [8]. Enter order. Status hearing set for 7/28/25 at 9:15 a.m. with a joint status report filed by noon on 7/23/25 that includes a proposed schedule for written discovery and depositions. Parties may appear in person or dial in using the Court's conference call− in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.