UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PEOPLE'S LEGAL GROUP, INC.**<br><br>*Defendant*. | Civil Case No.: 25-cv-4564 |

## JOINT SUPPLEMENTAL STATUS REPORT UNDER RULE 26(f)

The parties have conferred as required by this Court's Order and jointly submit the following dates "that include[] a proposed schedule for written discovery and depositions." The parties understand that the Court will enter a scheduling order under Rule 16(b)(1), and that the Court will modify any such schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Completion of Written Discovery | November 3, 2025 |
| Completion of Depositions | February 11, 2026 |

PLAINTIFF,
By his attorney
*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANT,
By its attorney
*/s/ Matthew T. Anderson*
Matthew T. Anderson
Luper Neidenthal & Logan, LPA
1160 Dublin Road, Suite 400
Columbus, OH 43215
(614) 229-4473
manderson@LNLattorneys.com