IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jorge Rojas, on behalf of himself and all others similarly situated, | ) ) | Case No. 1:25−cv−04564 |
| | ) | Judge Jorge L. Alonso |
| Plaintiff, | ) ) | Magistrate Judge David Weisman |
| v. | ) ) | |
| People's Legal Group, Inc., | ) ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that KYLE T. ANDERSON, of the law firm of Luper Neidenthal & Logan, A Legal Professional Association, is hereby making an appearance as counsel of record for Defendant People's Legal Group, Inc., in this matter. All future notices, pleadings, documents, correspondence, and other communications should be served upon and sent to KYLE T. ANDERSON at the addresses below.

Respectfully submitted,

**LUPER NEIDENTHAL & LOGAN**
A Legal Professional Association


*/s/ Kyle T. Anderson*
Kyle T. Anderson        (0097806)
Matthew T. Anderson (0082730)
1160 Dublin Road, Suite 400
Columbus, Ohio 43215
Telephone:     (614) 221-7663
Facsimile:      (866) 345-4948
kanderson@lnlattorneys.com
manderson@lnlattorneys.com
*Attorneys for Defendant People's Legal Group, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing *Notice of Appearance* was served by the Court's electronic notification filing, this 23rd day of July 2025 upon all counsel of record.

              */s/ Kyle T. Anderson*
              Kyle T. Anderson (0097806)