UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jorge Rojas
                    Plaintiff,

v.                                   Case No.: 1:25−cv−04564
                                   Honorable Jorge L. Alonso

Peoples Legal Group, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2025:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Initial disclosures and written discovery have been issued; parties are in the process of responding. Defendant also issued requests for admission. Discussion held as to possible third−party complaint against vendor. Status hearing set for 9/10/25 at 9:15 a.m. Joint status report due by noon on 9/8/25 setting forth any issues with written discovery; a proposed deposition schedule; status of possibility of amendment related to third−party vendor; and any other issues the parties wish to raise. If no issues exist, the Court may strike the status hearing. Written discovery to be completed by 11/3/25, and fact discovery to be completed by 2/3/26. No depositions to be conducted until the third−party issue / potential amended complaint is resolved. Parties may appear in person or dial in using the Court's conference call− in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.