**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Jorge Rojas, on behalf of himself and all others similarly situated, | ) | Case No. 1:25−cv−04564 |
| | ) | |
| | ) | Judge Jorge L. Alonso |
| Plaintiff, | ) | |
| | ) | Magistrate Judge David Weisman |
| v. | ) | |
| | ) | |
| People's Legal Group, Inc., | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF PRESENTMENT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY

PLEASE TAKE NOTICE that on Thursday, August 28, 2025 at 09:15 AM or as soon thereafter as counsel may be heard, Plaintiff will appear before the Honorable Magistrate Judge David Weisman, United States Magistrate Judge, in Courtroom 1300 of the Everett M. Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiff's Motion to Compel Discovery.

Dated:  August 20, 2025

/s/ Anthony I. Paronich
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*