## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Rojas

Plaintiff,

v.

Case No.: 1:25–cv–04564
Honorable Jorge L. Alonso

Peoples Legal Group, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2025:

MINUTE entry before the Honorable M. David Weisman: Defendant shall file a response to plaintiff's motion to compel [17] by 9/4/25, no reply necessary, ruling set for 9/18/25 at 9:15 a.m. The Court strikes the 9/10/25 status hearing and 9/8/25 joint status report filing date. The Court sets a status hearing for 9/24/25 at 9:15 a.m. A joint status report that sets forth any issues with written discovery, a proposed deposition schedule, status of possibility of amendment related to third–party vendor, and any other issues the parties wish to raise shall be filed by 9/22/25. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.