# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Rojas

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:25−cv−04564
　　　　　　　　　　　　　　　　　　　　　Honorable Jorge L. Alonso

Peoples Legal Group, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2025:

    MINUTE entry before the Honorable M. David Weisman: Ruling previously set for 9/18/2025 at 9:15 a.m. is stricken, and reset to 9/18/2025 at 1:00 p.m. (Note: Time change only). Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.