IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jorge Rojas, on behalf of himself and all others similarly situated, | ) ) | Case No. 1:25−cv−04564 |
| | ) | Judge Jorge L. Alonso |
| Plaintiff, | ) ) | |
| | ) | Magistrate Judge David Weisman |
| v. | ) ) | |
| People's Legal Group, Inc., | ) ) | |
| Defendant | ) ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
A REPLY IN SUPPORT OF HIS MOTION TO COMPEL
RESPONSES TO DISCOVERY INCLUDING THE PRODUCTION
OF CALLING DATA NECESSARY FOR CLASS CERTIFICATION AND TRIAL**

Plaintiff respectfully moves for leave to file a short reply (not to exceed four pages) in support of his Motion to Compel, which is attached as <u>Exhibit 1</u>. On August 21, 2025, the Court entered a Minute Entry stating: "Defendant shall file a response to plaintiff's motion to compel by 9/4/25, no reply necessary, ruling set for 9/18/25 at 9:15 a.m.." (ECF No. 19). In light of Defendant's opposition, a short reply would materially aid the Court by addressing: (1) new and expanded arguments that vendor records are outside Defendant's Rule 34 "control," even though Defendant's own discovery responses admit an ongoing vendor relationship with The Hardship Department and promise supplementation, and even though Defendant already obtained the vendor's DNC policy and purported consent files; and (2) Defendant's position that the motion is "premature," despite Rule 34's requirement to specify a reasonable time for production and the absence of a date certain in its responses.

The proposed reply also encloses a process server's Affidavit of Nonservice documenting diligent but unsuccessful attempts to serve The Hardship Department at the address identified in

1

Defendant's responses and information provided—underscoring that Plaintiff has attempted Rule 45 discovery while Defendant continues to withhold vendor-held call and consent data. A targeted reply will not prejudice Defendant as the ruling is set for Sept. 18, but will sharpen the issues the Court identified for decision, and will assist case management.

      Plaintiff therefore respectfully requests leave to file the attached four-page reply (with Exhibit A) instanter.

Dated: September 4, 2025                                   */s/ Anthony I. Paronich*
                                                                     Anthony I. Paronich
                                                                     PARONICH LAW, P.C.
                                                                     350 Lincoln Street, Suite 2400
                                                                     Hingham, MA 02043
                                                                     Tel: (617) 485-0018
                                                                     Fax: (508) 318-8100
                                                                     anthony@paronichlaw.com

                                                                     *Counsel for Plaintiff and the proposed class*