# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

| | | |
|---|---|---|
| **Jorge Rojas, et. al.** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-04564 |
| | ) | |
| **People's Legal Group, Inc.** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF NONSERVICE

I, Barbara Jacquet, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve The Hardship Department, LLC as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: August 15, 2025 7:50 pm
Address: 25565 Corte Zorita, Murrieta, CA 92563
Photo: See Exhibits 1a, 1b below
Geolocation: https://google.com/maps?q=33.560579272,-117.1792885651
Description of attempt: There was no answer at the door. No contact was made. Observed it was trash day, and everyone had their trash out except the recipient. No additional contacts were made.

Serve Attempt #2
Date / Time: August 18, 2025 8:12 am
Address: 25565 Corte Zorita, Murrieta, CA 92563
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=33.5577842412,-117.1824479201
Description of attempt: There was no answer at the door. No contact was made. Movement and voices were heard inside, but no one answered the door. No additional contacts were made.

Serve Attempt #3

Date / Time: August 20, 2025 5:15 pm
Address: 25565 Corte Zorita, Murrieta, CA 92563
Photo: See Exhibits 3a, 3b below
Geolocation: https://google.com/maps?q=33.5575588315,-117.1802190601
Description of attempt: I spoke with a resident at the location who is been a renter for 2 1/2 years. They stated that they do not know the named individual but have received mail addressed to them at this location. No relevant observations were made. No additional contacts were made.

Serve Attempt #4
Date / Time: August 23, 2025 8:44 am
Address: 25565 Corte Zorita, Murrieta, CA 92563
Photo: See Exhibit 4a below
Geolocation: https://google.com/maps?q=33.560696481,-117.1822207062
Description of attempt: There was no answer at the door. No contact was made. No vehicles were observed at the location. No additional contacts were made.

Total Cost: $500.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_San Diego County_,

_CA_ on _8/26/2025_ .

/s/ _Barbara Jacquet_

Signature
Barbara Jacquet
+1 (951) 757-5037











Exhibit 3b)



Exhibit 4a)