# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Rojas

                Plaintiff,

v.                                       Case No.: 1:25−cv−04564

                                                            Honorable Jorge L. Alonso

Peoples Legal Group, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2025:

      MINUTE entry before the Honorable M. David Weisman: Plaintiff's motion for leave to file a reply in support of his motion to compel responses to discovery including the production of calling date necessary for class certification and trial [23] is granted. Plaintiff shall file reply as a separate entry. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.