UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jorge Rojas
                              Plaintiff,

v.                                             Case No.: 1:25−cv−04564
                                                          Honorable Jorge L. Alonso

Peoples Legal Group, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 24, 2025:

       MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties are pursuing possible private mediation. Defense counsel noted possible client management issues and concerns with client responsiveness. Defendant to complete production by 10/8/25, as previously ordered on 9/9/25 (Dkt. #[26].) Status hearing set for 10/15/25 at 9:15 a.m. for docket management. Joint status report due by noon on 10/14/25 indicating whether Defendant produced documents as directed; whether Plaintiff is satisfied with the production; whether a firm mediation date has been confirmed by all involved; and whether any discovery is necessary for a productive mediation. If the case is proceeding appropriately and a date has been set for mediation, the status hearing will be stricken. If the mediation occurs by early December as Plaintiff has indicated, the Court will stay discovery pending mediation (except for any requested exchange of information required for mediation). Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.