UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PEOPLE'S LEGAL GROUP, INC.**<br><br>*Defendant*. | Civil Case No.: 25-cv-4564 |

## JOINT STATUS REPORT

The parties are submitting this joint status report pursuant to this Court's September 26, 2025 Order (ECF No. 28) in advance of the October 15, 2025 status hearing.

First, to streamline disputes related to agency and vendor issues, the parties have executed a stipulation regarding vicarious liability resolving the immediate discovery dispute limited to that topic. The parties had continued to confer regarding dates for the deposition of Stephanie Devilliers and a Rule 30(b)(6) deposition of Defendant, but are working to reschedule that after the November 13, 2025 mediation that the parties recently booked. The parties have completed the production necessary for a productive mediation.

Counsel for Plaintiff:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Counsel for Defendant:

*/s/ Matthew T. Anderson*
Matthew T. Anderson
**LUPER NEIDENTHAL & LOGAN, LPA**
1160 Dublin Road, Suite 400
Columbus, OH 43215
Tel: (614) 229-4473
Fax: (866) 345-4948
manderson@LNLattorneys.com