UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jorge Rojas

                      Plaintiff,

v.                                            Case No.: 1:25−cv−04564
                                                             Honorable Jorge L. Alonso

Peoples Legal Group, Inc.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

      MINUTE entry before the Honorable M. David Weisman: The joint status report [29] states that a mediation has been scheduled for 11/13/25, the parties have completed production necessary for an effective mediation, and they are working to reset the Rule 30(b)(6) deposition of defendant and the deposition of Stephanie Devilliers for after the mediation. Accordingly, the Court strikes the 10/15/25 status hearing and sets a status hearing for 11/19/25 at 9:15 a.m. with a joint status report filed by noon on 11/17/25. Parties may appear in−person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.