# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PEOPLE'S LEGAL GROUP, INC.**<br><br>*Defendant*. | Civil Case No.: 25-cv-4564 |

## JOINT STATUS REPORT

The parties are submitting this joint status report pursuant to this Court's October 8, 2025 Order (ECF No. 28) in advance of the November 19, 2025 status hearing.

First, the parties were not successful at mediation, but have agreed to exchange information with the parties and the mediator that could further those efforts. The parties suggest another status report regarding mediation progress by December 1, 2025.

Second, the parties are working in parallel on moving discovery forward. The deposition of Stephanie Devilliers will move forward on December 17, 2025 and the Plaintiff's deposition will occur at a subsequent time that is being negotiated currently.

Counsel for Plaintiff:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Counsel for Defendant:

*/s/ Matthew T. Anderson*
Matthew T. Anderson
**LUPER NEIDENTHAL & LOGAN, LPA**
1160 Dublin Road, Suite 400
Columbus, OH 43215
Tel: (614) 229-4473
Fax: (866) 345-4948
manderson@LNLattorneys.com