**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Jorge Rojas
                Plaintiff,

v.                                             Case No.: 1:25−cv−04564
                                                        Honorable Jorge L. Alonso

Peoples Legal Group, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 17, 2025:

      MINUTE entry before the Honorable M. David Weisman: The joint status report states that the parties are still working with a mediator to try to resolve this case. Accordingly, the Court strikes the 11/19/25 status hearing, orders the parties to file a joint status report on mediation by 12/1/25, and sets a status hearing for docket management for 12/3/25 at 9:15 a.m. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.