# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PEOPLE'S LEGAL GROUP, INC.**<br><br>*Defendant*. | Civil Case No.: 25-cv-4564 |

## JOINT STATUS REPORT

The parties are submitting this joint status report pursuant to this Court's November 17, 2025 Order (ECF No. 32) in advance of the December 3, 2025 status hearing.

First, while the parties were not successful at mediation, the Defendant has agreed to provide information to the Plaintiff and the mediator that could further those efforts. The Defendant has not yet done so. However, the parties do still plan to move forward with the deposition of Stephanie Devilliers on December 17, 2025 and are also interested in continuing to discuss options for a resolution.

Counsel for Plaintiff:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Counsel for Defendant:

*/s/ Matthew T. Anderson*
Matthew T. Anderson
**LUPER NEIDENTHAL & LOGAN, LPA**
1160 Dublin Road, Suite 400
Columbus, OH 43215
Tel: (614) 229-4473
Fax: (866) 345-4948
manderson@LNLattorneys.com