UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Jorge Rojas

Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:25−cv−04564
　　　　　　　　　　　　　　　　　　　　　　　Honorable Jorge L. Alonso

Peoples Legal Group, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 3, 2025:

MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Mediation was unsuccessful but discussions are ongoing; parties to move forward with discovery. Class certification motion to be filed by 2/27/26. Close of all discovery set for 2/13/26. Status hearing set for 1/22/26 at 2:00 p.m. Joint status report due by noon on 1/20/26 setting forth the status of discovery; if no issues exist, the status hearing will be stricken. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.