IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jorge Rojas, on behalf of himself and all others similarly situated, ) ) ) | Case No. 1:25−cv−04564 |
| ) | Judge Jorge L. Alonso |
| Plaintiff, ) ) | Magistrate Judge M. David Weisman |
| vs. ) ) ) | |
| People's Legal Group, Inc., ) ) | |
| Defendant. ) | |

## MOTION FOR WITHDRAWAL OF COUNSEL

Now come attorneys Matthew T. Anderson and Kyle T. Anderson, current counsel of record for Defendant People's Legal Group, Inc., pursuant to Local Rule 83.17, and respectfully request an Order withdrawing them as counsel for Defendant.

Good cause exists for this Motion, as Defendant has failed to substantially fulfill certain obligations to its lawyers regarding the lawyers' services, and Defendant has been given reasonable warning that its lawyers will withdraw unless the obligations are fulfilled. In addition, representation by the undersigned counsel will result in an unreasonable financial burden on the lawyers.

Finally, the lawyers' representation has been rendered unreasonably difficult by the Defendant. As stated in the Court's Docket Entry No. 28, "Defense counsel noted possible client management issues and concerns with client responsiveness."

Defendant has been notified of all upcoming dates and deadlines, and this withdrawal can be accomplished without material adverse effect on the interests of Defendant. Defendant does not object to this Motion, and a copy of this Motion has been served on Defendant.

A Notification of Party Contact Information is attached to this Motion, pursuant to Local Rule 83.17. A proposed order accompanies this Motion.

        Respectfully submitted,

        **LUPER NEIDENTHAL & LOGAN**
        A Legal Professional Association

        */s/ Matthew T. Anderson*
        */s/ Kyle T. Anderson*
        Matthew T. Anderson (OH 0082730)
        Kyle T. Anderson    (OH 0097806)
        1160 Dublin Road, Suite 400
        Columbus, Ohio 43215
        Telephone:   (614) 221-7663
        Facsimile:    (866) 345-4948
        Email: manderson@lnlattorneys.com
        Email: kanderson@lnlattorneys.com
        *Withdrawing Counsel for Defendant People's Legal Group, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th day of January, 2026, a copy of the foregoing was electronically filed through the Court's CM/ECF system, which will provide service to Plaintiff's counsel of record:

Anthony I. Paronich
PARONICH LAW, P.C.
anthony@paronichlaw.com
*Counsel for Plaintiff and the proposed class*

                                            */s/ Mattew T Anderson*
                                            Matthew T. Anderson (0082730)
                                            *Withdrawing Counsel for Defendant*

The undersigned further certifies that on this 5th day of January, 2026, a copy of the foregoing was served on Defendant by electronic mail and at Defendant's last known address:

People's Legal Group, Inc.
4539 N. 22nd St.
Suite 4104
Phoenix, AZ 85016

                                            */s/ Mattew T Anderson*
                                            Matthew T. Anderson (0082730)
                                            *Withdrawing Counsel for Defendant*