06/12/15

# United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:25-cv-04564

**Case Title**: Jorge Rojas v. People's Legal Group, Inc.

**Judge**: Jorge L. Alonso

**Name of Attorney submitting the motion to withdraw**:
Matthew T. Anderson and Kyle T. Anderson

**Name of Client**:
People's Legal Group, Inc.

**Mailing address of Client**: See attached.

**City**:                                    **State**:

**Zip**:                                     **Telephone Number**:

I attest that the above information is true and correct to the best of my knowledge.

Signed: _____

**Date**: 01/05/2026

The last known mailing addresses and phone number of Defendant People's Legal Group are as follows:

People's Legal Group, Inc.
4539 N. 22nd St.
Suite 4104
Phoenix, Arizona 85016
(307) 293-5267

and

People's Legal Group, Inc.
1309 Coffeen Avenue
Suite 14718
Sheridan, Wyoming 82801
(307) 293-5267


Respectfully Submitted,

*/s/ Matthew T. Anderson*
Matthew T. Anderson