### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jorge Rojas, on behalf of himself and all others similarly situated, | ) Case No. 1:25−cv−04564 |
| Plaintiff, | ) Judge Jorge L. Alonso |
| vs. | ) Magistrate Judge M. David Weisman |
| People's Legal Group, Inc., | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

Before the Court is the Motion for Withdrawal of Counsel filed by attorneys Matthew T. Anderson and Kyle T. Anderson, current counsel of record for Defendant People's Legal Group, Inc.

For the reasons set forth in the Motion and for good cause shown, the Motion for Withdrawal of Counsel is hereby GRANTED.

Attorneys Matthew T. Anderson and Kyle T. Anderson are no longer counsel of record in this action.

**IT IS SO ORDERED.**

_____
M. David Weisman, Magistrate Judge