## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jorge Rojas

                      Plaintiff,

v.                                                  Case No.: 1:25−cv−04564

                                                             Honorable Jorge L. Alonso

Peoples Legal Group, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 5, 2026:

      MINUTE entry before the Honorable M. David Weisman: Motion for withdrawal of counsel [37] was mistakenly presented to the Magistrate Judge. The Court directs that the motion be re−noticed before the District Court. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.