# EXHIBIT A

## TERMINATION AND DISCHARGE OF LEGAL REPRESENTATION

People's Legal Group, Inc. hereby terminates its attorney-client relationship with attorneys Matthew T. Anderson, Kyle T. Anderson, and the law firm of Luper Neidenthal & Logan, LPA. Matthew Anderson, Kyle Anderson, and Luper Neidenthal & Logan are hereby discharged by People's Legal Group and shall take no further action for or on behalf of People's Legal Group, Inc. It is requested that attorneys Matthew Anderson and Kyle Anderson take steps to withdraw as counsel in the matter of *Rojas v. People's Legal Group, Inc.*, N.D. Illinois Case No. 1:25-cv-04564.

ON BEHALF OF PEOPLE'S LEGAL GROUP:

_____
Mario Rosales (Jan 12, 2026 09:05:57 EST)
Mario Rosales

Date: Jan 12, 2026