IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jorge Rojas, on behalf of himself and all others similarly situated, | ) Case No. 1:25−cv−04564 |
| Plaintiff, | ) Judge Jorge L. Alonso |
| vs. | ) Magistrate Judge M. David Weisman |
| People's Legal Group, Inc., | ) |
| Defendant. | ) |

**NOTICE OF PRESENTMENT OF MOTION FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that on Thursday, January 22, 2026, at 09:30 AM, or as soon thereafter as counsel may be heard, defense counsel will appear before the Honorable Jorge L. Alonso, United States District Judge, via telephone pursuant to Judge Alonso's civil motions practice, and present defense counsels' Motion for Withdrawal of Counsel [Doc. No. 37]. The Motion was opposed, is fully briefed, and is now ripe for decision.

Respectfully submitted,

**LUPER NEIDENTHAL & LOGAN**
A Legal Professional Association

*/s/ Matthew T. Anderson*
Matthew T. Anderson (OH 0082730)
Kyle T. Anderson     (OH 0097806)
1160 Dublin Road, Suite 400
Columbus, Ohio 43215
Telephone:   (614) 221-7663
Facsimile:   (866) 345-4948
Email: manderson@lnlattorneys.com
Email: kanderson@lnlattorneys.com
*Withdrawing Counsel for Defendant People's Legal Group, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of January, 2026, a copy of the foregoing was electronically filed through the Court's CM/ECF system, which will provide service to Plaintiff's counsel of record:

Anthony I. Paronich
PARONICH LAW, P.C.
anthony@paronichlaw.com
*Counsel for Plaintiff and the proposed class*

                                            */s/ Mattew T Anderson*
                                            Matthew T. Anderson (0082730)
                                            *Withdrawing Counsel for Defendant*