UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PEOPLE'S LEGAL GROUP, INC.**<br><br>*Defendant.* | Civil Case No.: 25-cv-4564 |

## NOTICE REGARDING JANUARY 22, 2026 HEARING

Plaintiff, by and through undersigned counsel, respectfully submits this Notice to the Court regarding counsel's inadvertent failure to appear at the telephonic hearing scheduled before Magistrate Judge Weisman earlier today.

Plaintiff's counsel sincerely and profusely apologizes to the Court and to opposing counsel for the nonappearance. The failure to appear was unintentional and resulted from counsel having mis-calendared the hearing by one day. Counsel takes full responsibility for the error and regrets any inconvenience caused to the Court.

Counsel did appear for, and participate in, the separate telephonic hearing before Judge Alonso this morning regarding Defendant's motion to withdraw, which the Court granted. Unfortunately, counsel did not realize the calendaring error with respect to the hearing before Magistrate Judge Weisman until later in the day.

Plaintiff further notes and appreciates that defense counsel, Mr. Anderson, attempted to reach Plaintiff's counsel during the hearing. However, that email did not reach Plaintiff's counsel until approximately 5:00 p.m. EST due to email delivery issues associated with a widespread Microsoft 365 / Outlook service disruption that occurred earlier today and temporarily blocked or delayed inbound emails.

Now that defense counsel's motion to withdraw has been granted, Plaintiff's counsel remains fully available to report to Judge Weisman regarding the next steps in discovery. Plaintiff respectfully suggests, however, that it may be most efficient to address such matters after the status conference of February 19, 2026 ordered this morning by Judge Alonso for substitute counsel to appear on behalf of Defendant. Plaintiff again apologizes to the Court and opposing counsel for this oversight and appreciates the Court's time and consideration.

Counsel for Plaintiff:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com