UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Jorge Rojas
                              Plaintiff,
v.                                                    Case No.: 1:25−cv−04564
                                                         Honorable Jorge L. Alonso
Peoples Legal Group, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 22, 2026:

       MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. Defendant's Motion for withdrawal of counsel [37] is granted. Attorneys Kyle Anderson and Matthew Anderson are given leave to withdraw as counsel for Defendant. Telephonic status hearing set for 2/19/26 at 9:30 a.m. Defendant is directed to file a substitution of counsel appearance form by 2/12/26. The parties are directed to file a joint status report 2/17/26. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 650−479−3207 and the access code is 1804010308. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.