UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PEOPLE'S LEGAL GROUP, INC.**<br><br>*Defendant*. | Civil Case No.: 25-cv-4564 |

**MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT**

COMES NOW Plaintiff, pursuant to Fed. R. Civ. P. 55(a), hereby files this Motion for Clerk's Entry of Default against People's Legal Group, Inc. ("Defendant") in the above-styled action. Mr. Rojas respectfully requests that the Clerk of Court enter default as the Defendant has failed to have an attorney file an appearance as directed by this Court's January 22, 2026 Order. ECF No. 45.

**CONCLUSION**

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against Defendant pursuant to Fed. R. Civ. P. 55(a).

DATED this 17th day of February, 2026.

                                        PLAINTIFF,
                                        By her attorneys,

                                        By: *s/ Anthony I. Paronich*
                                        Anthony I. Paronich
                                        Paronich Law, P.C.
                                        350 Lincoln Street, Suite 2400
                                        Hingham, MA 02043
                                        (508) 221-1510
                                        anthony@paronichlaw.com