UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PEOPLE'S LEGAL GROUP, INC.**<br><br>*Defendant*. | Civil Case No.: 25-cv-4564 |

## PLAINTIFF'S STATUS REPORT

Plaintiff Jorge Rojas, by and through his counsel, submits this Status Report pursuant to the Court's January 22, 2026 Minute Order (Dkt. 45).

On January 22, 2026, the Court granted the motion of Attorneys Matthew Anderson and Kyle Anderson to withdraw as counsel for Defendant and directed Defendant to file a substitution of counsel appearance form by February 12, 2026. As of the filing of this Status Report, no substitute counsel has appeared on behalf of Defendant, and Defendant has not otherwise appeared through counsel. Prior to defense counsel's withdrawal, the parties were proceeding with discovery following unsuccessful mediation and were operating under the existing schedule. Defendant's failure to secure substitute counsel has prevented further coordination regarding any remaining discovery matters and preparation for class certification briefing.

On February 17, 2026, Plaintiff filed a Motion for Entry of Default (Dkt. 46) based on Defendant's failure to obtain substitute counsel and otherwise defend this action through counsel as required for a corporate entity. If the Court enters default, Plaintiff intends to file a motion for leave to conduct limited discovery necessary to support class certification and the entry of

default judgment, including discovery concerning the scope of Defendant's calling practices and the size of the putative class.

Plaintiff is prepared to proceed with the telephonic status hearing set for February 19, 2026 and respectfully requests that the Court address Defendant's failure to file a substitution of counsel, the pending Motion for Entry of Default, and the appropriate schedule in light of Defendant's unrepresented status and the forthcoming motion for leave to conduct discovery upon entry of default.

DATED this 17th day of February, 2026.

PLAINTIFF,<br>
By his attorneys,<br>
<br>
By: _s/ *Anthony I. Paronich*<br>
Anthony I. Paronich<br>
Paronich Law, P.C.<br>
350 Lincoln Street, Suite 2400<br>
Hingham, MA 02043<br>
(508) 221-1510<br>
anthony@paronichlaw.com