**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PEOPLE'S LEGAL GROUP, INC.**<br><br>*Defendant.* | Civil Case No.: 25-cv-4564 |

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Jorge Rojas, by counsel, respectfully moves for dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and states as follows:

1. Plaintiff commenced this putative class action on April 27, 2025, alleging violations of the Telephone Consumer Protection Act.

2. After Defendant's counsel withdrew and Defendant failed to obtain replacement counsel as ordered by the Court, default was entered against Defendant.

3. Thereafter, Plaintiff sought and obtained leave to conduct additional discovery to investigate potential individual defendants and to determine whether a viable path existed toward obtaining class-wide relief. The Court granted Plaintiff's request and authorized such discovery.

4. Plaintiff has now completed a thorough investigation of the claims and available avenues for recovery. Based upon the information obtained to date, Plaintiff has concluded that further discovery is unlikely to identify additional responsible parties, assets, or evidence sufficient to support certification and resolution of a class claim.

5. Plaintiff further believes that continued litigation would require the expenditure of significant judicial and party resources without a reasonable likelihood of producing a meaningful class recovery.

6.      Under these circumstances, Plaintiff has determined that dismissal without prejudice is appropriate.

7.      Because no class has been certified, dismissal without prejudice will not prejudice absent putative class members. Likewise, Defendant will suffer no legal prejudice from dismissal without prejudice.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order dismissing this action without prejudice and granting such other relief as the Court deems just and proper.

DATED this 29th day of May, 2026.

> PLAINTIFF,
> By his attorneys,
>
> By: _s/ Anthony I. Paronich_
> Anthony I. Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> (508) 221-1510
> anthony@paronichlaw.com

2